**(May 6, 1937.)**

In the Matter of the Application of EDWARD M. NASH, Petitioner, for a Certiorari Order against PAUL B. BROOKS and Others, Individually and as Members of and Constituting the MEDICAL BOARD OF THE NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, and NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Defendants.— Motion to expunge portions of defendants' brief granted. Statements of transactions occurring subsequently to the decision of the medical board now under review are excluded. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

**(May 7, 1937.)**

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF SARATOGA and THE BOARD OF SUPERVISORS OF THE COUNTY OF SARATOGA, NEW YORK, and the TOWNS OF STILLWATER, SARATOGA, HADLEY, MALTA, HALFMOON, WATERFORD, CITY OF MECHANICVILLE, TOWNS OF NORTHUMBERLAND, CLIFTON PARK, MOREAU, DAY and WILTON, Relators, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK, and MARK GRAVES and Others, Constituting the STATE TAX COMMISSION, and the CITY OF SARATOGA SPRINGS, and the TOWNS OF BALLSTON, CHARLTON, CORINTH, GALWAY and MILTON, Respondents.— Motion to dismiss certiorari proceeding denied. Motion for an order directing that the issues raised by the return of the State Tax Commission herein, verified January 29, 1937, may be considered to have been raised also by the respondent City of Saratoga Springs, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

**(May 12, 1937.)**

In the Matter of the Claim of HARRY DAVIS, Respondent, against LESTER and JENNIE PETTIGREW, Doing Business as LOON LAKE INN, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the appellants. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANTONIO TARANTOLA, Respondent, against ALEX NILSON and Another, Appellants. STATE INDUSTRIAL BOARD. Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

AMELIA J. THOMPSON, Appellant, v. FRANK A. PALLADINO, Respondent. STANLEY J. THOMPSON, Appellant, v. FRANK A. PALLADINO, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 250 App. Div. 817.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of JOHN T. KRAUSE, Petitioner, Appellant, against WILLIAM GORHAM RICE and Others, Composing the NEW YORK STATE CIVIL SERVICE COMMISSION, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.